Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 26  AM 11: 19

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re:<br><br>PHILLIP MOKATE<br>CRYSTAL MOKATE<br><br>Debtor(s). | Case No. 09-29361<br>Chapter 7<br><br>Judge: R. KIMBALL MOSIER |
|---|---|

## DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 5 | Paul M. Urie, M.D.<br>P.O.Box 1442<br>Provo, UT 84603-1442 | 1.96 |
| 10 | NORTH VALLEY ER PHYSICIANS<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415 | 4.63 |
| 15 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 4.66 |
| 19 | American Infosource Lp As Agent for | 2.72 |

|  | Asset Acceptance Assignee/<br>Wfnnb<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |  |

A check in the amount of $13.97 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 22nd day of April, 2011.

PHILIP G. JONES
Chapter 7 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 22nd day of April, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

ADAMS, LEWIS P.
9231-A S. REDWOOD RD
WEST JORDAN, UTAH 84088